**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 089466B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|   |   |
|---|---|
| : | **CASE NO. 16-17936-MBK** |
**In re:** | | |
| : | **CHAPTER 11** |
Henry A. Jackson | | |
| : | **ENTRY OF APPEARANCE AND** |
|   | **REQUEST FOR SERVICE** |
Debtor | : | **OF NOTICES, PLEADINGS, ETC.** |
| : | |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Ditech Financial LLC, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC           Ditech Financial LLC
20000 Horizon Way, Suite 900                        P.O. Box 6154
Mt. Laurel, NJ 08054-4318                              Rapid City, SD 57709-6154

 /s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Ditech Financial LLC

DATED: May 2, 2016