Certificate Number: 17572-NJ-DE-027728480

Bankruptcy Case Number: 16-17936



17572-NJ-DE-027728480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2016, at 7:57 o'clock PM PDT, Henry A Jackson completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   July 10, 2016              By:    /s/Arman Polat

                                   Name:  Arman Polat

                                   Title: Counselor