|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>By: Brian W. Hofmeister, Esq.<br>691 State Highway 33<br>Trenton, New Jersey 08619<br>(609) 890-1500<br>(609) 8980-6961 – facsimile<br>bwh@hofmeisterfirm.com<br>Attorneys for EZ Auto Service, Inc. | **Order Filed on August 16, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Henry A Jackson,<br><br>                               Debtor. | Case No.:       16-17936<br>Chapter:              11<br>Hearing Date:       <br>Judge:          Kaplan |

**ORDER GRANTING, IN PART, MOTION TO COMPEL DEBTOR
TO ASSUME OR REJECT CONTRACT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 16, 2016**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Henry A Jackson
Case No: 16-17936
Caption of Order: Order Granting, In Part, Motion to Compe Debtor to Assume or Reject Contract

---

THIS MATTER having been brought before the Court by Law Firm of Brian W. Hofmeister, LLC, attorneys for Movant, EZ Auto Service, Inc. (the "Movant") by way of Motion to Compel Sale of Property and Requiring Debtor to Assume or Reject Contract (the "Motion"); and notice of the Motion appearing appropriate under the circumstances; and the Court finding that the Motion was filed in in good faith; and for other good cause shown:

IT IS HEREBY ORDERED:

1. The Motion is GRANTED, in part, compelling the Debtor to either assume or reject the contract with EZ Auto Service, Inc., on or before August 31, 2016 (the "Contract");

2. The Debtor is hereby ordered to file pleadings with this Court on or before August 31, 2016 either assuming or rejecting the Contract;

3. Should the Debtor fail to file the necessary pleadings within the time ordered herein, it is Ordered that the Agreement will be treated as rejected by the Debtor;

4. The Debtor shall filed by September 7, 2016, an Affidavit or Certification together with all necessary proofs to support its decision to assume or reject the Contract;

5. EZ Auto Service, Inc.'s reply shall be filed by September 14, 2016;

6. A hearing on Debtor's decision to assume or reject the Contract shall be conducted on September 16, 2016.