| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>By: Brian W. Hofmeister, Esq.<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, New Jersey 08648<br>(609) 890-1500<br>(609) 8980-6961 - facsimile<br>bwh@hofmeisterfirm.com<br>Attorneys for EZ Auto Service, Inc, |
| In Re:<br><br>HENRY A. JACKSON |

Order Filed on November 30, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-17936

Chapter 11

Judge: Michael B. Kaplan

## ORDER GRANTING MOTION TO COMPEL SALE OF PROPERTY
## AND REQUIRING DEBTOR TO ASSUME CONTRACT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 30, 2016**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)
Debtor: Henry A Jackson
Case No: 16-17936
Caption of Order:  Order Granting Motion to Compel Sale of Property and Requiring Debtor to Assume Contract

_____

THIS MATTER having been brought before the Court by Law Firm of Brian W. Hofmeister, LLC, attorneys for Movant, EZ Auto Service, Inc. (the "Movant") by way of Motion to Compel Sale of Property and Requiring Debtor to Assume or Reject Contract (the "Motion"); and notice of the Motion appearing appropriate under the circumstances; and the Court finding that the Motion was filed in in good faith; and for the reasons set forth on the record on November 9, 2016; and for other good cause shown:

IT IS HEREBY ORDERED:

1. The Motion is GRANTED and the Debtor is hereby ordered to convey title to the real property located at 787 & 789 Monmouth Road, Cream Ridge, Plumsted Township, New Jersey (the "Property") in compliance with the terms and provisions of the Lease to Purchase Agreement executed by the Debtor and the Movant dated May 18, 2011 (the "Agreement").

2. In the event that the Debtor does not comply with the terms of this Order and refuses to convey title to the Property to the Movant, the Movant is hereby permitted, on behalf of the Debtor, to execute any and all documents necessary to convey title to the Property to the Movant, consisted with the terms and conditions of the Agreement. The Movant shall have 120 days from the date of this Order to close title on the sale of the Property.

3. The Debtor's request to reject the Lease to Purchase Agreement, dated May 18, 2011, is denied as not being in the best interest of the bankruptcy estate.

4. This Court retains jurisdiction regarding any issues that may arise in connection with closing on the sale of the Property.

United States Bankruptcy Court
District of New Jersey

In re:  
Henry A Jackson  
    Debtor

Case No. 16-17936-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 30, 2016  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2016.  
db          +Henry A Jackson,    35 Tower Road,    Cream Ridge, NJ 08514-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2016 at the address(es) listed below:
         Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
         Brian W. Hofmeister    on behalf of Interested Party    EZ Auto Services, Inc. bwh@hofmeisterfirm.com
         Brian W. Hofmeister    on behalf of Interested Party Sikander   Ranu bwh@hofmeisterfirm.com
         Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee jeffrey.m.sponder@usdoj.gov,   jeffrey.m.sponder@usdoj.gov
         Michael R. DuPont    on behalf of Creditor    Newark B.O.E. Employees Credit Union dupont@redbanklaw.com,   dana@redbanklaw.com
         Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC dnj@pbslaw.org
         Scott Eric Kaplan    on behalf of Debtor Henry A Jackson scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com
         Tammy L. Terrell    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com
         William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association as Trustee for CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
                                                                                                                 TOTAL: 9