UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Douglas J. Ferguson, Esquire
**Eisenberg, Gold & Agrawal, P.C.**
1040 N. Kings Highway, Suite 200
Cherry Hill, NJ 08034
(856)-330-6200
dferguson@egalawfirm.com
Attorneys for Fulton Bank of New Jersey

Order Filed on February 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re: Henry A. Jackson,

Debtor.

Chapter 11
Case No.: 16-17936
Judge: Hon. Michael B. Kaplan

## CONSENT ORDER PERMITTING FULTON BANK OF NEW JERSEY TO FILE A PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: February 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Henry A. Jackson
Case No. 16-17936-MBK
Consent Order: Permitting Fulton Bank of New Jersey to File a Proof of Claim

---

This matter have come before the Court by agreement between Debtor, Henry A. Jackson, by and through his counsel Scott E. Kaplan, Esquire of the first of Scott E. Kaplan, LLC and Fulton Bank of New Jersey, secured creditor, by and through its counsel Douglas J. Ferguson of the firm of Eisenberg, Gold & Agrawal, P.C.

IT IS ORDERED, that secured creditor, Fulton Bank of New Jersey shall be permitted to file a Proof of Claim outside the claim deadline, as Fulton Bank of New Jersey did not receive notice of the Debtor's bankruptcy filing.


WE HEREBY CONSENT TO
THE FORM AND ENTRY OF
THE WITHIN ORDER.


EISENBERG, GOLD & AGRAWAL, P.C.
Attorney for Fulton Bank of New Jersey


By: /S/ Douglas J. Ferguson
　　　DOUGLAS J. FERGUSON, ESQ.


SCOTT E. KAPLAN, LLC
Attorneys for Debtor

By: /S/ Scott E. Kaplan
　　　SCOTT E. KAPLAN, ESQ.