UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Douglas J. Ferguson, Esquire
**Eisenberg, Gold & Agrawal, P.C.**
1040 N. Kings Highway, Suite 200
Cherry Hill, NJ 08034
(856)-330-6200
dferguson@egalawfirm.com
Attorneys for Fulton Bank of New Jersey

**Order Filed on February 25, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 11
Case No.: 16-17936
Judge: Hon. Michael B. Kaplan

In re: Henry A. Jackson,

Debtor.

## CONSENT ORDER PERMITTING FULTON BANK OF NEW JERSEY
## TO FILE A PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: February 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor:       Henry A. Jackson

Case No.     16-17936-MBK

Consent Order: Permitting Fulton Bank of New Jersey to File a Proof of Claim

---

This matter have come before the Court by agreement between Debtor, Henry A.

Jackson, by and through his counsel Scott E. Kaplan, Esquire of the first of Scott E. Kaplan, LLC

and Fulton Bank of New Jersey, secured creditor, by and through its counsel Douglas J.

Ferguson of the firm of Eisenberg, Gold & Agrawal, P.C.

IT IS ORDERED, that secured creditor, Fulton Bank of New Jersey shall be permitted to

file a Proof of Claim outside the claim deadline, as Fulton Bank of New Jersey did not receive

notice of the Debtor's bankruptcy filing.


WE HEREBY CONSENT TO
THE FORM AND ENTRY OF
THE WITHIN ORDER.


EISENBERG, GOLD & AGRAWAL, P.C.
Attorney for Fulton Bank of New Jersey


By: /S/ Douglas J. Ferguson
      DOUGLAS J. FERGUSON, ESQ.


SCOTT E. KAPLAN, LLC
Attorneys for Debtor

By: /S/ Scott E. Kaplan
      SCOTT E. KAPLAN, ESQ.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-17936-MBK
Henry A Jackson                                                           Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin                Page 1 of 1              Date Rcvd: Feb 27, 2017
                                 Form ID: pdf903            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db            +Henry A Jackson,   35 Tower Road,   Cream Ridge, NJ 08514-2428


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
           U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Brian W. Hofmeister    on behalf of Interested Party   EZ Auto Services, Inc.
           bwh@hofmeisterfirm.com
          Brian W. Hofmeister    on behalf of Interested Party Sikander  Ranu bwh@hofmeisterfirm.com
          Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
           jeffrey.m.sponder@usdoj.gov,  jeffrey.m.sponder@usdoj.gov
          Michael R. DuPont    on behalf of Creditor    Newark B.O.E. Employees Credit Union
           dupont@redbanklaw.com,  dana@redbanklaw.com
          Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC dnj@pbslaw.org
          Scott E. Kaplan    on behalf of Debtor Henry A Jackson scott@sekaplanlaw.com,
           felisha@sekaplanlaw.com,sekparalegal@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association as Trustee for
           CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                   TOTAL: 11