**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E Kaplan, LLC
12 N. Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609)259-1112
Attorney for Debtor

**Order Filed on March 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Henry A. Jackson

Debtor

Case No.: 16-17936

Hearing Date: _____

Judge: MBK

Chapter: 11

# REVISED ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 20, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and the US Trustee having filed an informal objection resulting in a reduction in the fee of $1,773.87 and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scott E Kaplan, Esquire | $33,703.63 | $1,821.70 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Henry A Jackson  
      Debtor

Case No. 16-17936-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 21, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.  
db          +Henry A Jackson,   35 Tower Road,   Cream Ridge, NJ 08514-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:

        Andrew M. Lubin   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Brian W. Hofmeister   on behalf of Interested Party   EZ Auto Services, Inc. bwh@hofmeisterfirm.com  
        Brian W. Hofmeister   on behalf of Interested Party Sikander   Ranu bwh@hofmeisterfirm.com  
        Douglas J. Ferguson   on behalf of Creditor   Fulton Bank of New Jersey dferguson@egclawfirm.com  
        Jeffrey M. Sponder   on behalf of U.S. Trustee   United States Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
        Michael R. DuPont   on behalf of Creditor   Newark B.O.E. Employees Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
        Robert P. Saltzman   on behalf of Creditor   Ditech Financial LLC dnj@pbslaw.org  
        Scott E. Kaplan   on behalf of Debtor Henry A Jackson scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com  
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III   on behalf of Creditor   U.S. Bank National Association as Trustee for CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com  
        William M.E. Powers, III   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com  
                                                            TOTAL: 11