| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |

**Order Filed on April 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Henry A Jackson

| Case No.: | 16-17936 |
|---|---|
| Chapter: | 11 (Individual) |
| Judge: | KAPLAN |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING
TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING
THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO
THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND
OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT
AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been opened to the Court by _____debtor_____, Plan Proponent, through counsel, _____Scott E. Kaplan_____, upon the filing of an Individual Plan and Small Business Disclosure Statement dated _____4/3/2017_____ under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated _____4/3/2017_____ and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C. _____5/11/2017_____ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. _____5/11/2017_____ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-2.

E. A hearing shall be held on _____5/18/2017_____ at __10:00 am__ (a date within 60 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable _____Michael B. Kaplan_____, United States Bankruptcy Court, District of New Jersey, _____402 East State Street, Trenton, New Jersey_____, in Courtroom __8__.

*new.9/1/10*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-17936-MBK
Henry A Jackson                                                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1            Date Rcvd: Apr 05, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
db             +Henry A Jackson,    35 Tower Road,    Cream Ridge, NJ 08514-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian W. Hofmeister    on behalf of Interested Party    EZ Auto Services, Inc.
               bwh@hofmeisterfirm.com
              Brian W. Hofmeister    on behalf of Interested Party Sikander   Ranu bwh@hofmeisterfirm.com
              Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov
              Michael R. DuPont    on behalf of Creditor    Newark B.O.E. Employees Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC dnj@pbslaw.org
              Scott E. Kaplan    on behalf of Debtor Henry A Jackson scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association as Trustee for
               CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                              TOTAL: 11