UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500
(609) 8980-6961 - facsimile
bwh@hofmeisterfirm.com
Attorneys for EZ Auto Service, Inc,

Order Filed on April 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

HENRY A. JACKSON

Case No.: 16-17936

Chapter 11

Judge: Michael B. Kaplan

**AMENDED ORDER MODIFYING ORDER GRANTING MOTION TO COMPEL SALE OF PROPERTY AND REQUIRING DEBTOR TO ASSUME CONTRACT**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 16, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Henry A Jackson
Case No: 16-17936
Caption of Order: Amended Order Modifying Order Granting Motion to Compel Sale of Property and Requiring Debtor to Assume Contract

___

THIS MATTER having been brought before the Court by Law Firm of Brian W. Hofmeister, LLC, attorneys for Movant, EZ Auto Service, Inc. (the "Movant") by way of Motion for an Order Modifying November 30, 2016 Order to Compel Sale of Property and Requiring Debtor to Assume or Reject Contract (the "Motion"); and notice of the Motion appearing appropriate under the circumstances; and the Court finding that the Motion was filed in in good faith; and for the reasons set forth on the record on November 9, 2016; and for other good cause shown:

IT IS HEREBY ORDERED:

1.  The Motion is GRANTED and the Debtor is hereby ordered to convey title to the Debtor's interest in real property located at 787 & 789 Monmouth Road, Cream Ridge, Plumsted Township, New Jersey (the "Property") in compliance with the terms and provisions of the Lease to Purchase Agreement executed by the Debtor and the Movant dated May 18, 2011 (the "Agreement").

2.  In the event that the Debtor does not comply with the terms of this Order and refuses to convey title to the Property to the Movant, the Movant is hereby permitted, on behalf of the Debtor, to execute any and all documents necessary to convey title to the Property to the Movant, consisted with the terms and conditions of the Agreement. The Movant shall have 120 days from the date of this Order to close title on the sale of the Property.

3.  The Debtor's request to reject the Lease to Purchase Agreement, dated May 18, 2011, is denied as not being in the best interest of the bankruptcy estate.

4.  This Court retains jurisdiction regarding any issues that may arise in connection with closing on the sale of the Property.

5.  The Motion is GRANTED and the November 30, 2016 Order be modified as follows: the sale of the "Property" shall be free and clear of any and all liens, claims and encumbrances, including any of the parties listed on the attached Exhibit "A", who hold a lien, claim or encumbrance against the Debtor's interest in the Property with the exception of the secured mortgage/liens of L.S. Riggins Oil Company, Wachovia Bank and The Bank and any unpaid real estate taxes.

| | |
|---|---|
| Michael R. DuPont, Esq.<br>McKenna, DuPont, Higgins & Byrnes<br>229 Broad Street<br>PO Box 610<br>Red Bank, NJ 07701-0610 | representing Newark B.O.E. Employees Credit Union |
| William M.E. Powers, III, Esq.<br>Powers Kirn, LLC<br>P.O. Box 848<br>Moorestown, NJ 08057 | representing U.S. Bank National Association as Trustee for CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 |
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | representing Ditech Financial LLC |
| Tammy L. Terrell, Esq.<br>Fein, Such, Kahn & Shepard, P.C.<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054 | representing Citimortgage, Inc. |
| Hough Petroleum<br>c/o O'Brien & Taylor<br>175 Fairfield Ave.<br>West Caldwell, NJ 07507 | judgment creditor |
| PNC Bank<br>c/o Schatzman Baker<br>731 Alexander Rd, Ste 201<br>Princeton, NJ 08540 | judgment creditor |
| Wachovia Bank<br>c/o Dembo & Saldutti<br>1300 Route 73<br>Mount Laurel, NJ 08054 | judgment creditor |
| Lyon Financial Services d/b/a<br>USBankcorp Manifest Funding Srvcs<br>Charles A. Gruen, Esq.<br>381 Broadway<br>Westwood, NJ 07675 | judgment creditor |
| State of New Jersey<br>Division of Taxation<br>50 Barrack Street<br>Trenton, NJ 08650 | judgment creditor |

| | |
|---|---|
| Ewing Oil Co., Inc.<br>c/o Duane Morris, LLP<br>1037 Raymond Blvd., Suite 1800<br>Newark, NJ 07102 | judgment creditor |
| Bordentown Family Dental<br>c/o David B. Watner, Esq.<br>1129 Bloomfield Ave., Suite 208<br>West Caldwell, NJ 07006 | judgment creditor |
| Midland Funding, LLC<br>c/o Pressler & Pressler<br>7 Entin Road<br>Parsippany, NJ 07054 | judgment creditor |
| John J. Gallo<br>c/o Stein & Supsie<br>1041 W. Lacey Rd<br>PO Box 1070<br>Forked River, NJ 08731 | judgment creditor |
| State of New Jersey<br>Department of Environmental Protection<br>401 E State St.<br>Trenton, NJ 08608 | judgment creditor |
| Diane Jones<br>c/o Krueger & Krueger<br>2015 North Wood Ave<br>Linden, NJ 07036 | judgment creditor |
| Sheldon Kamm<br>c/o Bernard J. Recenello, Esq.<br>22 N Park Pl Fl 3-2<br>Morristown, NJ 07960 | judgment creditor |
| Virginia Beach General Hospital<br>c/o Bowerman and Willis<br>708 S Rosemont Rd<br>Suite 101<br>Virginia Beach, VA 23552 | judgment creditor |
| Joseph Ocello, Esq.<br>PO Box 444<br>Bradley Beach, NJ 07720 | judgment creditor |

| | |
|---|---|
| Garden State Car Rental<br>c/o Fein Such<br>7 Century Drive, Suite 201<br>Parsippany, New Jersey 07054 | judgment creditor |
| New Century Financial Services<br>c/o Pressler & Pressler<br>7 Entin Road<br>Parsippany, NJ 07054 | judgment creditor |
| Capital One Bank<br>c/o Pressler & Pressler<br>7 Entin Road<br>Parsippany, NJ 07054 | judgment creditor |
| Eds Rental and Tools, Inc.<br>c/o Morgan Bornstein Morgan<br>1236 Brace Road, Suite K<br>Cherry Hill, NJ 08034 | judgment creditor |
| Office of the Public Defender<br>25 Market St.<br>Trenton, NJ 08611 | judgment creditor |
| FirstBank<br>Corporate Headquarters<br>12345 W. Colfax Ave.<br>Lakewood, CO 80215 | judgment creditor |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | judgment creditor |
| US Bancorp<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | judgment creditor |
| The Bank<br>1304 North Cutting Ave<br>Jennings, LA 70546 | judgment creditor |
| L.S. Riggins Oil Company<br>401 S Main St.<br>Cape May Court House, NJ 08210 | judgment creditor |

| | |
|---|---|
| L.S. Riggins Oil Company<br>Attn: Jen Merlino<br>3938 South Main Rd<br>Vineland, NJ 08360 | judgment creditor |
| Wachovia Bank<br>123 South Broad Street<br>Philadelphia, PA 19109 | judgment creditor |
| The Bank<br>PO Box 508<br>Lehigh Valley, PA 18002-5091 | judgment creditor |

United States Bankruptcy Court
District of New Jersey

In re:  
Henry A Jackson  
    Debtor

Case No. 16-17936-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 19, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.  
db          +Henry A Jackson,    35 Tower Road,    Cream Ridge, NJ 08514-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:  
       Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
       Brian W. Hofmeister    on behalf of Interested Party    EZ Auto Services, Inc. bwh@hofmeisterfirm.com  
       Brian W. Hofmeister    on behalf of Interested Party Sikander Ranu bwh@hofmeisterfirm.com  
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com  
       Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
       Michael R. DuPont    on behalf of Creditor    Newark B.O.E. Employees Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
       Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC dnj@pbslaw.org  
       Scott E. Kaplan    on behalf of Debtor Henry A Jackson scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association as Trustee for CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                                                      TOTAL: 12