UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E. Kaplan, LLC
12 N. Main St., PO Box 157
Allentown, NJ 08501
609-259-1112
Attorney for Debtor

In Re:

Henry A Jackson,

Debtor

Case No.: ____16-17936____

Adv. Pro. No.: _____

Chapter: _____11_____

Hearing Date: ___5/18/2017___

Judge: _____MBK_____

**ADJOURNMENT REQUEST**

1. I, _____Scott E. Kaplan, Esq._____,

   ☒ am the attorney for: _____Debtor_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation hearing of Individual Combined Disclosure Statement and Plan

   Current hearing date and time: 5/18/2017 @ 10am

   New date requested: 6/22/2017

   Reason for adjournment request: Additional information to demonstrate plan feasibility is needed and additional time is required to provide same.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 5/8/2017                                              /s/ Scott E. Kaplan
                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: <u>June 22, 2017 at 10:00 am</u>        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*