UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re HENRY A JACKSON

Case No: 16-17936 MBK
Reporting Period: MARCH 31, 2017

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/Henry A Jackson          5/24/2017
_____          _____
Signature of Debtor         Date


_____          _____
Signature of Joint Debtor    Date


_____          _____
Signature of Authorized Individual*    Date


_____          _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re HENRY A JACKSON  
Debtor

Case No: 16-17936 MBK  
Reporting Period: MARCH 31, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | PLEASE SEE ATTACHED EXCEL WORKSHEET & CODED BANK STATEMENT | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 11,892.48 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 11,892.48 |

FORM MOR-1  
(04/07)

In re HENRY A JACKSON  
Debtor

Case No: 16-17936 MBK  
Reporting Period: MARCH 31, 2017

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | | Operating | | Payroll | | Tax | | Other |
|---|---|---|---|---|---|---|---|---|
| | | # | | # | | # | | # |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | PLEASE SEE ATTACHED EXCEL WORKSHEET | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| **CHECKS OUTSTANDING** | | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| **OTHER** | | | | | | | | |

FORM MOR-1a  
(04/07)

In re **HENRY A JACKSON**  
Debtor

Case No: 16-17936 MBK  
Reporting Period: MARCH 31, 2017

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

FORM MOR-1b  
(04/07)

| In re HENRY A JACKSON | Case No: 16-17936 MBK |
|---|---|
| Debtor | Reporting Period: MARCH 31, 2017 |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | Number of Days Past Due 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable - Income | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| | | | | | | |
| **Total Postpetition Debts** | $ - | $ - | $ - | $ - | $ - | $ - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re HENRY A JACKSON
Case No: 16-17936 MBK
Reporting Period: MARCH 31, 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | - |
| + Amounts billed during the period | | - |
| - Amounts collected during the period | | - |
| Total Accounts Receivable at the end of the reporting period | $ | - |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $ | - |
| 31 - 60 days old | | - |
| 61 - 90 days old | | - |
| 91+ days old | | - |
| Total Accounts Receivable | | - |
| Amount considered uncollectible (Bad Debt) | | - |
| Accounts Receivable (net) | $ | - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | N/A | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

**CHAPTER 11 ESTATE/ FILING DATE/CASE NUMBER:**    **HENRY A JACKSON**    **4/25/2016**    **CHAPTER 11**    16-17936 MBK
**REPORTING PERIOD:**    *MARCH 1, 2017 -- MARCH 31, 2017*
INDIVIDUAL DEBTOR CASH RECEIPTS AND DISBURSEMENTS
WORKSHEET FOR FORM MOR-1(INDV) (9/99)
RECONCILED BANK BALANCE (below)

|  | Current Month | Since Inception Cumulative |
|---|---:|---:|
| **WELLS FARGO / ACCOUNT NO: 5937669298 - Open Book Balance** | $ 3,612.43 |  |
| **CASH RECEIPTS AND DISBURSEMENTS** |  |  |
| **RECEIPTS:** |  |  |
| Rental Income - Property 382 | $ 1,200.00 | $ 13,630.54 |
| Lease Income - Gas Pumps | $ 1,501.80 | $ 18,392.42 |
| Lease Cell Phone Tower Income | $ 830.54 | $ 8,024.93 |
| Other-refund of overpayment of medical insurance |  | $ 521.37 |
| Other-Sale of engine parts and towing | $ 5,510.00 | $ 15,568.31 |
| **Total Receipts** | $ 9,042.34 | $ 56,137.57 |
|  |  |  |
| **DISBURSEMENTS (see bank statement for detail):** |  |  |
| Mortgage Property 382 (a) | $ 2,404.00 | $ 14,467.33 |
| Mortgage 35 Tower Road (a) | $ 7,113.54 | $ 17,732.24 |
| Real estate taxes/Fees |  | $ - |
| Home insurance | $ 469.97 | $ 3,145.09 |
| Cable, TV, Telephone - business/personal | $ 266.00 | $ 2,590.39 |
| Utilities |  | $ 2,541.87 |
| License/Fees |  | $ 145.30 |
| Car maintenance |  | $ 65.83 |
| Car insurance | $ 426.61 | $ 3,599.81 |
| Gas |  | $ 150.00 |
| Food / Entertainment / Housekeeping / Clothing / Laundry / personal | $ 657.78 | $ 6,729.30 |
| Business, Unreimbursed Exp |  | $ 635.81 |
| Medical | $ 534.58 | $ 1,468.31 |
| Bank fees | $ 20.00 | $ 309.00 |
| Non-Estate disbursements |  | $ 475.00 |
| **Total disbursements** | $ 11,892.48 | $ 54,055.28 |
| **REORGANIZATION COSTS:** |  |  |
| Professional fees |  | $ - |
| U.S. Trustee fees |  | $ 1,300.00 |
| Other reorganization expenses |  | $ 20.00 |
| **Total reorganization expenses** | $ - | $ 1,320.00 |
| **Total disbursements and reorganization costs** | $ 11,892.48 | $ 55,375.28 |
|  |  |  |
| *Net cash flow - inflow (outflow)* | $ (2,850.14) | $ 762.29 |
| *Cash book balance: MARCH 31, 2017* | $ 762.29 |  |
|  |  |  |
| **BANK RECONCILIATION:** |  |  |
| WELLS FARGO / ACCOUNT NO: 5937669298 |  | $ 762.29 |
| *Bank Balance: MARCH 31, 2017* |  | $ 762.29 |

Note (a): Real Estate taxes on income property are paid as part of the mortgage payment.

Note (b): Arrearages, including those related to mortgages and real estate taxes, will be paid as provided in the Plan Projection previously filed with the court.

# Wells Fargo Opportunity Checking℠

Account number: 5937669298 ■ February 28, 2017 - March 24, 2017 ■ Page 1 of 4



HENRY A JACKSON
DEBTOR IN POSSESSION
CH11 CASE 16-17936(NJ)
35 TOWER RD
CREAM RIDGE NJ 08514-2428

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語 1-800-288-2288 *(8 am to 7 pm PT, M-F)*

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/28 | $3,812.43 |
| Deposits/Additions | 8,332.34 |
| Withdrawals/Subtractions | - 7,865.74 |
| **Ending balance on 3/24** | **$4,079.03** |

Account number: 5937669298
HENRY A JACKSON
DEBTOR IN POSSESSION
CH11 CASE 16-17936(NJ)

New Jersey account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 021200025

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | eDeposit IN Branch/Store 03/02/17 09:54:37 Am 108 Lacey Rd Whiting NJ 8887 | 600.00 | | 4,212.43 |
| 3/3 | | Purchase authorized on 03/02 Team Swish Perrineville NJ S567061797359630 Card 8887 | | 75.00 | |
| 3/3 | 123 | Check | | 3,556.77 | 580.66 |
| 3/8 | | eDeposit IN Branch/Store 03/08/17 01:28:08 Pm 108 Lacey Rd Whiting NJ 8887 | 1,600.00 | | 2,180.66 |
| 3/8 | | Purchase authorized on 03/08 Orc*Horizon Bcbs N 800-3552583 NJ S467087545787597 Card 8887 | | 372.56 | |
| 3/8 | | Purchase authorized on 03/08 Stop & Shop 0855 Whiting NJ S467087876093402 Card 8887 | | 25.08 | 1,783.02 |
| 3/15 | | Deposit | 2,330.54 | | |
| 3/15 | | Prog Universal Ins Prem 170315 36372149 Henry Henry Jackson | | 162.02 | 3,951.54 |
| 3/16 | | Purchase authorized on 03/15 Stop & Shop 0855 Whiting NJ S467074604226735 Card 8887 | | 36.41 | |
| 3/16 | | Non-WF ATM Withdrawal authorized on 03/16 633 Route 539 New Egypt NJ 00467075520583793 ATM ID Pm3675 Card 8887 | | 100.00 | |
| 3/16 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/16 | | Purchase authorized on 03/16 New Egypt Marke New Egypt NJ P00000000245787936 Card 8887 | | 21.29 | 3,791.34 |
| 3/17 | | Non-WF ATM Withdrawal authorized on 03/17 633 Route 539 New Egypt NJ 00307076592637654 ATM ID Pm3675 Card 8887 | | 100.00 | |
| 3/17 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 3,688.84 |
| 3/20 | | Purchase authorized on 03/20 Comcast 800-Comcast NJ S467078272959826 Card 8887 | | 266.00 | |
| 3/20 | | Non-WF ATM Withdrawal authorized on 03/19 633 Route 539 New Egypt NJ 00087078462538965 ATM ID Pm3676 Card 8887 | | 200.00 | |
| 3/20 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/20 | 124 | Check | | 2,404.00 | 816.34 |
| 3/21 | | Deposit | 2,001.80 | | 2,818.14 |
| 3/22 | | Non-WF ATM Withdrawal authorized on 03/22 633 Route 539 New Egypt NJ 00307081551503354 ATM ID Pm3675 Card 8887 | | 100.00 | |
| 3/22 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/22 | | Allstate NJ Ins Premium Mar 17 000000939379883 Jackson | | 426.61 | 2,289.03 |
| 3/24 | | Deposit | 1,800.00 | | |
| 3/24 | | Monthly Service Fee | | 10.00 | 4,079.03 |
| Ending balance on 3/24 | | | | | 4,079.03 |
| Totals | | | $8,332.34 | $7,865.74 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

**Summary of checks written** (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 123 | 3/3 | 3,556.77 | 124 | 3/20 | 2,404.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/28/2017 - 03/24/2017 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any ONE of the following account requirements | Minimum required | This fee period |

# Wells Fargo Opportunity Checking℠

Account number: 5937669298 ■ March 25, 2017 - April 20, 2017 ■ Page 1 of 5



HENRY A JACKSON
DEBTOR IN POSSESSION
CH11 CASE 16-17936(NJ)
35 TOWER RD
CREAM RIDGE NJ 08514-2428

**Questions?**

Available by phone 24 hours a day, 7 days a week.
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N A (347)
P O Box 6995
Portland, OH 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

3-31-17 Balance 762.29

### Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number: 5937669298
HENRY A JACKSON
DEBTOR IN POSSESSION
CH11 CASE 16-17936(NJ)
New Jersey account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 021200025

### Activity summary

| | |
|---|---|
| Beginning balance on 3/25 | $4,079.03 |
| Deposits/Additions | 3,346.95 |
| Withdrawals/Subtractions | - 5,405.13 |
| **Ending balance on 4/20** | **$2,020.85** |

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store

(347)
Sheet Seq = 0016224
Sheet 00001 of 00003

Account number: 5937889298 ■ March 25, 2017 - April 26, 2017 ■ Page 2 of 5


**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/28 | | Deposit | 710.00 | | 4,788.03 |
| 3/29 | | Purchase authorized on 03/28 Homeowners Insuran 800-466-3748 MA S307087688539575 Card 8887 | | 469.97 | 4,319.06 |
| 3/31 | 125 | Check | | 3,556.77 | 762.29 |
| 4/3 | | Non-WF ATM Withdrawal authorized on 03/31 Caesars Atlantic City Atlantic City NJ 00467091232208241 ATM ID Scs2Ty41 Card 8887 | | 105.99 | |
| 4/3 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 4/3 | | Non-WF ATM Withdrawal authorized on 03/31 Caesars Atlantic City Atlantic City NJ 00467091245285916 ATM ID Scs2Ty41 Card 8887 | | 105.99 | |
| 4/3 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 4/3 | | eDeposit IN Branch/Store 04/03/17 12:51:34 Pm 108 Lacey Rd Whiting NJ 8887 | 600.00 | | |
| 4/3 | | Purchase authorized on 03/31 Progressive *Insur 800-776-4737 OH S467090577623264 Card 8887 | | 135.87 | 1,009.44 |
| 4/6 | | Purchase authorized on 04/06 Cvs/Pharm 02301--21 Js New Egypt NJ P00000000839168278 Card 8887 | | 45.57 | 963.87 |
| 4/10 | | Non-WF ATM Balance Inquiry Fee 04/08 Caesars Atla Atlantic City NJ ATM ID Scs2Ty75 Card 8887 | | 2.00 | |
| 4/10 | | Non-WF ATM Balance Inquiry Fee 04/08 633 Route 53 New Egypt NJ ATM ID Pm3675 Card 8887 | | 2.00 | |
| 4/10 | | Non-WF ATM Withdrawal authorized on 04/08 Caesars Atlantic City Atlantic City NJ 00307098322178363 ATM ID Scs2Ty73 Card 8887 | | 205.99 | |
| 4/10 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 4/10 | | Non-WF ATM Withdrawal authorized on 04/08 Caesars Atlantic City Atlantic City NJ 00307098349111500 ATM ID Scs2Ty73 Card 8887 | | 85.99 | |
| 4/10 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 662.89 |
| 4/11 | *149 | Jcp&L Check Pymt 041017 00149 000000000000938608776 | | 300.00 | 362.89 |
| 4/14 | | Non-WF ATM Balance Inquiry Fee 04/14 633 Route 53 New Egypt NJ ATM ID Pm3675 Card 8887 | | 2.00 | |
| 4/14 | | Non-WF ATM Withdrawal authorized on 04/14 633 Route 539 New Egypt NJ 00307104467231160 ATM ID Pm3675 Card 8887 | | 100.00 | |
| 4/14 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 258.39 |
| 4/17 | | Prog Universal Ins Prem 170417 36372149 Henry Henry Jackson | | 161.99 | 96.40 |
| 4/18 | | eDeposit IN Branch/Store 04/18/17 02:48:33 Pm 108 Lacey Rd Whiting NJ 8887 | 2,036.95 | | 2,133.35 |
| 4/24 | | Non-WF ATM Withdrawal authorized on 04/22 633 Route 539 New Egypt NJ 00467112534814583 ATM ID Pm3675 Card 8887 | | 100.00 | |
| 4/24 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 2,030.85 |
| 4/26 | | Monthly Service Fee | | 10.00 | 2,020.85 |
| Ending balance on 4/26 | | | | | 2,020.85 |
| Totals | | | $3,346.95 | $5,406.13 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

* Converted check: Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.