UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E. Kaplan, LLC
12 N. Main St., PO Box 157
Allentown, NJ 08501
609-259-1112
Attorney for Debtor

In Re:

Henry A Jackson,

Debtor

Case No.: __16-17936__

Adv. Pro. No.: _____

Chapter: __11__

Hearing Date: __6/22/2017__

Judge: __MBK__

**ADJOURNMENT REQUEST**

1. I, __Scott E. Kaplan, Esq.__,

   ☒ am the attorney for: __Debtor__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Confirmation hearing of Individual Combined Disclosure Statement and Plan__

   Current hearing date and time: __6/22/2017 @ 10am__

   New date requested: __8/3/2017__

   Reason for adjournment request: __add'l time to resolve issues raised by obj filed by US Trustee's + Mr. Kaplan has been experiencing vertigo which has inhibited his ability to address the practice's needs including completion of the required work on the subject matter in a timely fashion.__

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 6/19/2017                                              /s/ Scott E. Kaplan
                                                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: 8/3/2017 at 10:00 a.m.            ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____           ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2