UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR
9004-2(c)**

Law Office of Scott E. Kaplan, LLC
12 N. Main Street, P. O. Box 157
Allentown, New Jersey 08501
609-259-1112
Attorney for Debtor

Order Filed on June 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 Henry A. Jackson,

                    Debtor

Case No.: 16-17936

Judge: MBK

Hearing Date:

**ORDER APPROVING MORTGAGE MODIFICATION**

        The relief set forth on the following pages, numbered two
(2) through two (2) is hereby **ORDERED.**

**DATED: June 26, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ORDER APPROVING MORTGAGE MODIFICATION**
Henry Jackson.
Case No:
Page 2

This matter being opened to the Court on Motion of Scott E. Kaplan, LLC, attorney for Debtor, Henry Jackson, Scott E. Kaplan, Esq., appearing and the Court having considered the pleadings and proofs submitted;

It is on this _____ day of _____, 2017.

ORDERED as follows:

1.   That the Mortgage Modification between Debtor and Citi Mortgage Inc., relating to Loan Number ending in 6288, which constitutes a first lien on the Debtors' property located at 35 Tower Ct., Cream Ridge, NJ  08514, is hereby approved;

2.   In the event the loan modification is completed and the pre-petition arrears and post-petition arrears are capitalized into the loan (as such in this case), secured creditor shall amend its proof of claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification, which will be signified upon entry of this Order;

3.   The Chapter 11 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or

the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.

4.    In the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor.

5.    In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

6.    Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

7.    With respect to any post- petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, secured creditor will amend any and all post- petition orders or claims within 30 days after completion of the loan modification.

8.    A copy of this Order shall be served on all parties who are affected by this action within seven (7) days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-17936-MBK
Henry A Jackson                                                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jun 26, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2017.
db            +Henry A Jackson,    35 Tower Road,    Cream Ridge, NJ 08514-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2017 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
          U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Brian W. Hofmeister    on behalf of Interested Party    EZ Auto Services, Inc.
          bwh@hofmeisterfirm.com
          Brian W. Hofmeister    on behalf of Interested Party Sikander  Ranu bwh@hofmeisterfirm.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com
          Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
          heather.anderson@law.dol.lps.state.nj.us
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee. jeffrey.m.sponder@usdoj.gov,
          jeffrey.m.sponder@usdoj.gov
          Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
          jeffrey.m.sponder@usdoj.gov,   jeffrey.m.sponder@usdoj.gov
          Michael R. DuPont    on behalf of Creditor    Newark B.O.E. Employees Credit Union
          dupont@redbanklaw.com,   dana@redbanklaw.com
          Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC dnj@pbslaw.org
          Scott E. Kaplan    on behalf of Debtor Henry A Jackson scott@sekaplanlaw.com,
          felisha@sekaplanlaw.com,sekparalegal@gmail.com
          U.S. Trustee.       USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    U.S. Bank National Association as Trustee for CMALT
          REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association as Trustee for
          CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
                                                                                            TOTAL: 15