UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re HENRY A JACKSON

Case No: 16-17936 MBK
Reporting Period: MAY 31, 2017

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Henry A Jackson          7/20/2017
Signature of Debtor          Date

_____      _____
Signature of Joint Debtor    Date

_____      _____
Signature of Authorized Individual*    Date

_____      _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| In re HENRY A JACKSON | | Case No: 16-17936 MBK |
|---|---|---|
| Debtor | | Reporting Period: MAY 31, 2017 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
|  | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | PLEASE SEE ATTACHED EXCEL WORKSHEET & CODED BANK STATEMENT | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| TOTAL DISBURSEMENTS | $ | 5,369.46 |
|---|---|---|
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 5,369.46 |

FORM MOR-1
(04/07)

| In re HENRY A JACKSON | | | | | | Case No: 16-17936 MBK | | |
|---|---|---|---|---|---|---|---|---|
| Debtor | | | | | | Reporting Period: MAY 31, 2017 | | |

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | PLEASE SEE ATTACHED EXCEL WORKSHEET | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| OTHER | | | | | | | | |

FORM MOR-

FORM MOR-1b
(04/07)

In re **HENRY A JACKSON**
Debtor

Case No: **16-17936 MBK**
Reporting Period: **MAY 31, 2017**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| | | | | | | | | | |

| In re HENRY A JACKSON | Case No: 16-17936 MBK |
|---|---|
| Debtor | Reporting Period: MAY 31, 2017 |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | \\multicolumn{4}{c}{Number of Days Past Due} | | | |
|---|---|---|---|---|---|---|

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable - Income | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
|  | | | | | | |
| **Total Postpetition Debts** | $ - | $ - | $ - | $ - | $ - | $ - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Postpetition debts, including those related to mortgages and real estate taxes, will be paid as provided in the Plan Projection previously filed with the court.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-:

In re HENRY A JACKSON
Case No: 16-17936 MBK
Reporting Period: MAY 31, 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ - |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | $ - |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | $ - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | - |
| Total Accounts Receivable | - |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (net) | $ - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | N/A | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

| CHAPTER 11 ESTATE/ FILING DATE/CASE NUMBER: | HENRY A JACKSON 4/25/2016 CHAPTER 11 16-17936 MBK |
|---|---|
| REPORTING PERIOD: | MAY 1, 2017 -- MAY 31, 2017 |

INDIVIDUAL DEBTOR CASH RECEIPTS AND DISBURSEMENTS
WORKSHEET FOR FORM MOR-1(INDV) (9/99)
RECONCILED BANK BALANCE (below)

|  | Current Month |  | Since Inception Cumulative |
|---|---:|---:|---:|
| **WELLS FARGO / ACCOUNT NO: 5937669298 - Open Book Balance** |  | $ 1,880.14 |  |
| **CASH RECEIPTS AND DISBURSEMENTS** |  |  |  |
| *RECEIPTS:* |  |  |  |
| Rental Income - Property 382 | $ 1,200.00 |  | $ 15,430.54 |
| Lease Income - Gas Pumps | $ 1,213.63 |  | $ 20,813.00 |
| Lease Cell Phone Tower Income | $ 830.54 |  | $ 9,685.47 |
| Other-refund of overpayment of medical insurance/ins. claims | $ 648.05 |  | $ 1,169.42 |
| Other-Sale of engine parts and towing | $ 1,425.00 |  | $ 16,993.31 |
| **Total Receipts** |  | $ 5,317.22 | $ 64,091.74 |
| *DISBURSEMENTS (see bank statement for detail):* |  |  |  |
| Mortgage Property 382 (a) |  |  | $ 14,467.33 |
| Mortgage 35 Tower Road (a) | $ 3,722.73 |  | $ 21,454.97 |
| Real estate taxes/Fees |  |  | $ - |
| Home insurance | $ 140.71 |  | $ 3,426.51 |
| Cable, TV, Telephone - business/personal |  |  | $ 2,590.39 |
| Utilities |  |  | $ 2,841.87 |
| License/Fees |  |  | $ 145.30 |
| Car maintenance |  |  | $ 65.83 |
| Car insurance |  |  | $ 3,735.68 |
| Gas |  |  | $ 150.00 |
| Food / Entertainment / Housekeeping / Clothing / Laundry / personal | $ 830.46 |  | $ 8,263.72 |
| Business, Unreimbursed Exp |  |  | $ 635.81 |
| Medical |  |  | $ 1,675.87 |
| Bank fees | $ 24.50 |  | $ 364.50 |
| Non-Estate disbursements |  |  | $ 475.00 |
| **Total disbursements** | $ 4,718.40 |  | $ 60,292.78 |
| **REORGANIZATION COSTS:** |  |  |  |
| Professional fees |  |  | $ - |
| U.S. Trustee fees | $ 651.06 |  | $ 1,951.06 |
| Other reorganization expenses |  |  | $ 20.00 |
| **Total reorganization expenses** |  | $ 651.06 | $ 1,971.06 |
| **Total disbursements and reorganization costs** |  | $ 5,369.46 | $ 62,263.84 |
| **Net cash flow - inflow (outflow)** |  | $ (52.24) | $ 1,827.90 |
| **Cash book balance: MAY 31, 2017** |  | $ 1,827.90 |  |
| **BANK RECONCILIATION:** |  |  |  |
| WELLS FARGO / ACCOUNT NO: 5937669298 |  |  | $ 1,827.90 |
| **Bank Balance: MAY 31, 2017** |  |  | $ 1,827.90 |

Note (a): Real Estate taxes on income property are paid as part of the mortgage payment.

Note (b): Arrearages, including those related to mortgages and real estate taxes, will be paid as provided in the Plan Projection previously filed with the court.

6/6/2017                                      Wells Fargo

# WELLS FARGO

## CHECKING     $1,827.90
...9298          Available balance

Activity Summary

| | |
|---|---|
| **Current posted balance** | $1,827.90 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | **$1,827.90** |

Monthly Service Fee Summary

## Activity

Use Search to view more transactions

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|

**Pending Transactions**  *Note: Debit card transaction amounts may change.*

No pending transactions to view.

**Posted Transactions**

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| 05/30/17 | CHECK # 1301 | | $325.93 |
| 05/30/17 | NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 |
| 05/30/17 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 05/29 633 ROUTE 539 NEW EGYPT NJ 00587149488906290 ATM ID PM3676 CARD 8887 | | $100.00 |
| 05/26/17 | PROG UNIVERSAL HIST RTN 170526 36372149 HENRY HENRY JACKSON | $161.99 | |

6/6/2017  Wells Fargo

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| 05/26/17 | PROG UNIVERSAL HIST RTN 170526 36372149 HENRY HENRY JACKSON | $152.00 ✓ | |
| 05/26/17 | ACH Claim# 2017051782265 | $486.06 ✓ | |
| 05/24/17 | MONTHLY SERVICE FEE | | $10.00 ✓ |
| 05/24/17 | NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 ✓ |
| 05/24/17 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 05/24 CAESARS ATLANTIC CITY ATLANTIC CITY NJ 00307144258790329 ATM ID SCS2TY75 CARD 8887 | | $105.99 ✓ |
| 05/22/17 | PURCHASE AUTHORIZED ON 05/19 NEW EGYPT MARKE NEW EGYPT NJ P00000000136136992 CARD 8887 | | $28.83 ✓ |
| 05/22/17 | eDeposit in Branch/Store 05/22/17 01:24:55 PM 108 LACEY RD WHITING NJ 8887 | $600.00 ✓ | |
| 05/18/17 | CHECK # 128 | | $3,722.73 ✓ |
| 05/18/17 | ATM WITHDRAWAL AUTHORIZED ON 05/18 108 LACEY RD WHITING NJ 0006374 ATM ID 98660 CARD 8887 | | $100.00 ✓ |
| 05/18/17 | eDeposit in Branch/Store 05/18/17 09:17:22 AM 108 LACEY RD WHITING NJ 9298 | $1,213.63 ✓ | |
| 05/16/17 | PROG UNIVERSAL INS PREM 170516 36372149 HENRY HENRY JACKSON | | $152.00 ? |
| 05/15/17 | CHECK # 129 | | $140.71 ? |

6/6/2017                                                          Wells Fargo

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| 05/15/17 | NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 |
| 05/15/17 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 05/15 633 ROUTE 539 NEW EGYPT NJ 00467135584300122 ATM ID PM3675 CARD 8887 | | $60.00 |
| 05/15/17 | NON-WF ATM BALANCE INQUIRY FEE 05/15 633 ROUTE 53 NEW EGYPT NJ ATM ID PM3675 CARD 8887 | | $2.00 |
| 05/12/17 | PURCHASE AUTHORIZED ON 05/12 NEW EGYPT MARKE NEW EGYPT NJ P00000000475594263 CARD 8887 | | $35.64 |
| 05/10/17 | eDeposit in Branch/Store 05/10/17 01:34:47 PM 1520 ROUTE 38 HAINESPORT NJ 8887 | $2,255.54 | |
| 05/08/17 | NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 |
| 05/08/17 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 05/06 633 ROUTE 539 NEW EGYPT NJ 00587126525332382 ATM ID PM3675 CARD 8887 | | $300.00 |
| 05/04/17 | NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 |