UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E. Kaplan, LLC
12 N. Main St., PO Box 157
Allentown, NJ 08501
609-259-1112
Attorney for Debtor

In Re:

Henry A Jackson,

Debtor

Case No.: ___16-17936___

Adv. Pro. No.: _____

Chapter: _____11_____

Hearing Date: ___8/3/2017___

Judge: _____MBK_____

**ADJOURNMENT REQUEST**

1. I, _____Scott E. Kaplan, Esq._____,

    ☒ am the attorney for: _____Debtor_____,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Confirmation hearing of Individual Combined Disclosure Statement and Plan

    Current hearing date and time: 8/3/2017 @ 10am

    New date requested: 8/22/2017 @ 10am

    Reason for adjournment request: A Motion to Withdraw as Attorney has been filed

    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 7/27/2017 _____     /s/ Scott E. Kaplan _____
                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 8/21/2017 at 10:00 am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*