| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>By: Brian W. Hofmeister, Esq.<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, New Jersey 08648<br>(609) 890-1500<br>(609) 8980-6961 - facsimile<br>bwh@hofmeisterfirm.com<br>Attorneys for EZ Auto Service, Inc, |
|---|

**Order Filed on July 27, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re:<br><br>HENRY A. JACKSON | Case No.: 16-17936<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan |
|---|---|

### SECOND AMENDED ORDER MODIFYING ORDER GRANTING MOTION TO COMPEL SALE OF PROPERTY AND REQUIRING DEBTOR TO ASSUME CONTRACT

　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 27, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Henry A Jackson
Case No: 16-17936
Caption of Order: Second Amended Order Modifying Order Granting Motion to Compel Sale of Property and Requiring Debtor to Assume Contract

___

THIS MATTER having been brought before the Court by Law Firm of Brian W. Hofmeister, LLC, attorneys for Movant, EZ Auto Service, Inc. (the "Movant") by way of Motion for an Order Modifying November 30, 2016 Order to Compel Sale of Property and Requiring Debtor to Assume or Reject Contract (the "Motion"); and notice of the Motion appearing appropriate under the circumstances; and the Court finding that the Motion was filed in in good faith; and for the reasons set forth on the record on November 9, 2016; and for other good cause shown:

IT IS HEREBY ORDERED:

1. The Motion is GRANTED and the Debtor is hereby ordered to convey title to the Debtor's interest in real property located at 787 & 789 Monmouth Road, Cream Ridge, Plumsted Township, New Jersey (the "Property") in compliance with the terms and provisions of the Lease to Purchase Agreement executed by the Debtor and the Movant dated May 18, 2011 (the "Agreement").

2. In the event that the Debtor does not comply with the terms of this Order and refuses to convey title to the Property to the Movant, the Movant is hereby permitted, on behalf of the Debtor, to execute any and all documents necessary to convey title to the Property to the Movant, consisted with the terms and conditions of the Agreement. The Movant shall have 120 days from the date of this Order to close title on the sale of the Property.

3. The Debtor's request to reject the Lease to Purchase Agreement, dated May 18, 2011, is denied as not being in the best interest of the bankruptcy estate.

4. This Court retains jurisdiction regarding any issues that may arise in connection with closing on the sale of the Property.

5. The Motion is GRANTED and the November 30, 2016 Order be modified as follows: the sale of the "Property" shall be free and clear of any and all liens, claims and encumbrances, including any of the parties listed on the attached Exhibit "A", who hold a lien, claim or encumbrance against the Debtor's interest in the Property with the exception of the secured mortgage/liens of L.S. Riggins Oil Company, Wachovia Bank and The Bank and any unpaid real estate taxes.

6. EZ Auto, Inc., Sikinder Ranu and/or their counsel, Seth A. Kurs, Esq., of the law firm of Rothstein, Mandell, Strohm, Halm and Kurs, PC, are hereby authorized to communicate directly with Select Portfolio Servicing, Inc. or their designee(s).

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-17936-MBK
Henry A Jackson                                                     Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jul 27, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db             +Henry A Jackson,    35 Tower Road,    Cream Ridge, NJ 08514-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian W. Hofmeister    on behalf of Interested Party    EZ Auto Services, Inc.
               bwh@hofmeisterfirm.com
              Brian W. Hofmeister    on behalf of Interested Party Sikander   Ranu bwh@hofmeisterfirm.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee. jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov
              Michael R. DuPont    on behalf of Creditor    Newark B.O.E. Employees Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC dnj@pbslaw.org
              Scott E. Kaplan    on behalf of Debtor Henry A Jackson scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association as Trustee for CMALT
               REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association as Trustee for
               CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
                                                                                               TOTAL: 15