UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY _____

In re HENRY A JACKSON

Case No: 16-17936 MBK
Reporting Period: JUNE 30, 2017

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

X _____[signature]_____        8-18-17
Signature of Debtor              Date

_____        _____
Signature of Joint Debtor         Date

_____        _____
Signature of Authorized Individual*    Date

_____        _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re **HENRY A JACKSON**
Debtor

Case No: 16-17936 MBK
Reporting Period: JUNE 30, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. (See MOR-1 (CONT))

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | PLEASE SEE ATTACHED EXCEL WORKSHEET & CODED BANK STATEMENT | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $ 4,247.26 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 4,247.26 |

In re **HENRY A JACKSON**
Debtor

Case No: 16-17936 MBK
Reporting Period: JUNE 30, 2017

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| **BANK BALANCE** | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | PLEASE SEE ATTACHED EXCEL WORKSHEET | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1a
(04/07)

FORM MOR-1b
(04/07)

| In re HENRY A JACKSON | | Case No: 16-17936 MBK |
|---|---|---|
| Debtor | | Reporting Period: JUNE 30, 2017 |

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Date | Check Number | Payee | Amount Paid | Expenses | Year-to-Date Fees | Year-to-Date Expenses |
|---|---|---|---|---|---|---|

| In re HENRY A JACKSON | | | | Case No: 16-17936 MBK | | |
|---|---|---|---|---|---|---|
| Debtor | | | | Reporting Period: JUNE 30, 2017 | | |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable - Income | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| | | | | | | |
| **Total Postpetition Debts** | $ - | $ - | $ - | $ - | $ - | $ - |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

Postpetition debts, including those related to mortgages and real estate taxes, will be
paid as provided in the Plan Projection previously filed with the court.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4

| In re HENRY A JACKSON | | |
|---|---|---|
| Case No: 16-17936 MBK | | |
| Reporting Period: JUNE 30, 2017 | | |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | - |
| + Amounts billed during the period | | - |
| - Amounts collected during the period | | - |
| Total Accounts Receivable at the end of the reporting period | $ | - |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $ | - |
| 31 - 60 days old | | - |
| 61 - 90 days old | | - |
| 91+ days old | | - |
| Total Accounts Receivable | | - |
| Amount considered uncollectible (Bad Debt) | | - |
| Accounts Receivable (net) | $ | - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | | |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | N/A | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

**CHAPTER 11 ESTATE/ FILING DATE/CASE NUMBER:**
**REPORTING PERIOD:**
INDIVIDUAL DEBTOR CASH RECEIPTS AND DISBURSEMENTS
WORKSHEET FOR FORM MOR-1(INDV) (9/99)
RECONCILED BANK BALANCE (below)

HENRY A JACKSON    4/25/2016    CHAPTER 11    16-17936 MBK
JUNE 1, 2017 -- JUNE 30, 2017

| WELLS FARGO / ACCOUNT NO: 6937869298 - Open Book Balance | Current Month | Since Inception Cumulative |
|---|---:|---:|
|  |  $ 1,827.90 |  |
| **CASH RECEIPTS AND DISBURSEMENTS** |  |  |
| **RECEIPTS:** |  |  |
| Rental Income - Property 382 | $ 600.00 | $ 16,030.54 |
| Lease Income - Gas Pumps | $ 1,075.49 | 21,888.49 |
| Lease Cell Phone Tower Income | $ 830.54 | 10,516.01 |
| Other-refund of overpayment of medical insurance/ins. claims |  | 1,169.42 |
| Other-Sale of engine parts and towing |  | 16,993.31 |
| **Total Receipts** | $ 2,506.03 | 66,597.77 |
| **DISBURSEMENTS (see bank statement for detail):** |  |  |
| Mortgage Property 382 (a) |  | 14,467.33 |
| Mortgage 35 Tower Road (a) | $ 3,722.73 | 25,177.70 |
| Real estate taxes/Fees |  | - |
| Home Insurance | $ 140.79 | 3,567.30 |
| Cable, TV, Telephone – business/personal |  | 2,590.39 |
| Utilities |  | 2,841.87 |
| License/Fees |  | 145.30 |
| Car maintenance |  | 65.83 |
| Car insurance |  | 3,735.66 |
| Gas |  | 150.00 |
| Food / Entertainment / Housekeeping / Clothing / Laundry / personal | $ 287.26 | 8,550.98 |
| Business, Unreimbursed Exp |  | 635.51 |
| Medical | $ 79.48 | 1,755.35 |
| Bank fees | $ 17.00 | 381.50 |
| Non-Estate disbursements |  | 475.00 |
| **Total disbursements** | $ 4,247.26 | $ 64,540.04 |
| **REORGANIZATION COSTS:** |  |  |
| Professional fees |  | - |
| U.S. Trustee fees |  | 1,951.06 |
| Other reorganization expenses |  | 20.00 |
| **Total reorganization expenses** | $ - | $ 1,971.06 |
| **Total disbursements and reorganization costs** | $ 4,247.26 | $ 66,511.10 |
| **Net cash flow - inflow (outflow)** | $ (1,741.23) | $ 86.67 |
| **Cash book balance: JUNE 30, 2017** | | $ 86.67 |
| **BANK RECONCILIATION:** |  |  |
| WELLS FARGO / ACCOUNT NO: 6937689298 |  | $ 86.67 |
| Bank Balance: JUNE 30, 2017 |  | $ 86.67 |

Note: Debtor filed a Plan and Disclosure Statement on April 3, 2017. An objection to the Plan was filed and the Debtor is in the process of addressing this objection.

Note (a): Real Estate taxes on income property are paid as part of the mortgage payment.

Note (b): Arrearages, including those related to mortgages and real estate taxes, will be paid as provided in the Plan Projection previously filed with the court.

# Wells Fargo Opportunity Checking℠

Account number: 5937669298 ■ May 25, 2017 - June 26, 2017 ■ Page 1 of 4



HENRY A JACKSON
DEBTOR IN POSSESSION
CH11 CASE 16-17936(NJ)
35 TOWER RD
CREAM RIDGE NJ 08514-2428

## Questions?

Available by phone 24 hours a day, 7 days a week.
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833

En español: 1-877-727-2932

1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/25 | $1,456.28 |
| Deposits/Additions | 3,309.07 |
| Withdrawals/Subtractions | - 4,678.68 |
| Ending balance on 6/26 | 86.67 (A) |

Account number: 5937669298
HENRY A JACKSON
DEBTOR IN POSSESSION
CH11 CASE 16-17936(NJ)

New Jersey account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 021200025

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(A) No activity 6/27 - 6/30/17. Balance at 6-30-17 is 86.67

Account number: 5937889296 ■ May 25, 2017 - June 26, 2017 ■ Page 2 of 4


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/26 | | ACH Claims 2017051782265 | 489.06 | | |
| 5/26 | | Prog Universal Hist Rm 170526 38372148 Henry Henry Jackson | 152.00 | | |
| 5/26 | | Prog Universal Hist Rm 170526 36372140 Henry Henry Jackson | 161.89 | | 2,256.33 |
| 5/30 | | Non-WF ATM Withdrawal authorized on 05/29 633 Route 539 New Egypt NJ 00587149466906290 ATM ID Pm3876 Card 8867 | | 100.00 | |
| 5/30 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 5/30 | 1301 | Check | | 325.93 | 1,827.90 |
| 6/9 | | Purchase Return authorized on 06/09 Fyf Flowersseller 800-838-8853 CT S627160546122887 Card 8867 | 2.99 | | |
| 6/9 | | Purchase authorized on 06/09 Fyf Fromydolflowers 800-838-8853 CT S307159881543896 Card 8867 | | 45.97 | 1,784.92 |
| 6/12 | | Purchase authorized on 06/11 New Egypt Marke New Egypt NJ P00000000233530809 Card 8867 | | 32.30 | 1,752.62 |
| 6/15 | | eDeposit IN Branch/Store 06/15/17 02:22:41 Pm 108 Lacey Rd Whiting NJ 8867 | 2,500.03 | | 4,256.05 |
| 6/20 | 131 | Check | | 140.79 | 4,117.86 |
| 6/22 | *132 | Citimortgage Inc Chekk Pymt 170621 132 472361895348958 | | 3,722.73 | 395.13 |
| 6/26 | | Non-WF ATM Balance Inquiry Fee 06/25 833 Route 53 New Egypt NJ ATM ID Pm3876 Card 8867 | | 2.00 | |
| 6/26 | | Purchase authorized on 06/23 Allentown Family M Allentown NJ S467174757004816 Card 8867 | | 79.48 | |
| 6/26 | | Non-WF ATM Withdrawal authorized on 06/25 Caesars Atlantic City Atlantic City NJ 00587176327539085 ATM ID Sca27y73 Card 8867 | | 105.99 | |
| 6/26 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 6/26 | | Non-WF ATM Withdrawal authorized on 06/25 Caesars Atlantic City Atlantic City NJ 00587176338804173 ATM ID Sca27y73 Card 8867 | | 105.99 | |
| 6/26 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 6/26 | | Monthly Service Fee | | 10.00 | 86.67 |
| Ending balance on 6/26 | | | | | 86.67 |
| Totals | | | $3,306.07 | $4,678.89 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

\* Converted check: Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 131 | 6/20 | 140.79 | 132 | 6/22 | 3,722.73 | 1301 * | 5/30 | 325.93 |

\* Gap in check sequence

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/25/2017 - 06/26/2017 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | 396.67 ☐ |

Account number: 5937669296 ■ May 25, 2017 - June 28, 2017 ■ Page 3 of 4



---

### Monthly service fee summary (continued)

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 3 ☐ |



# IMPORTANT ACCOUNT INFORMATION

---

**Revised Agreement for Online Access**
We're updating our Online Access Agreement effective September 15, 2017.
To see what is changing, please visit wellsfargo.com/onlineupdates

---

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important, so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Account Agreement ("Agreement") dated April 24, 2017. Effective August 15, 2017, in the section titled "Rights and Responsibilities", the subsections "When can you close your account?" and "If you request to close your account, we may allow you to keep funds in your account to cover outstanding items to be paid" are deleted and replaced with the following:

**When can you close your account?**

You can request to close your account at any time if the account is in good standing (e.g., does not have a negative balance or restrictions such as legal order holds or court blocks on the account). At the time of your request, we will assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero.
- All outstanding items need to be processed and posted to your account before your request to close. Once the account is closed items will be returned unpaid.
- Any recurring payments or withdrawals from your account need to be cancelled before your request to close (examples include bill payments, debit card payments, and direct deposits) otherwise, they may be returned unpaid.

We will not be liable for any loss or damage that may result from not honoring items or recurring payments or withdrawals that are presented or received after your account is closed.

At the time of your request to close:
- For interest-earning accounts, it stops earning interest from the date you request to close your account.
- Overdraft Protection and/or Debit Card Overdraft Service will be removed on the date you request to close your account.
- The Agreement continues to apply.
- If you have requested to close your account and a positive balance remains, we may send you a check for the remaining balance. Even after your account is closed, you will remain responsible for any negative balance.

In California branches you can request to close your account at any time if the account does not have any restrictions such as legal order holds or court blocks. Even after your account is closed, you will remain responsible for any negative balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer, we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.


## CHECKING
...9298

$3.68
Available balance

### Activity Summary

| | |
|---|---|
| **Current posted balance** | $3.68 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | $3.68 |

7/31/17

### Monthly Service Fee Summary

## Activity

Use Search to view more transactions

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|

**Pending Transactions** Note: Debit card transaction amounts may change.

No pending transactions to view.

**Posted Transactions**

| Date | Description | | |
|---|---|---|---|
| 07/28/17 | NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 |
| 07/28/17 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 07/28 CAESARS ATLANTIC CITY ATLANTIC CITY NJ 00387209268149164 ATM ID SCS2TY39 CARD 8887 | | $105.99 |
| 07/27/17 | MONTHLY SERVICE FEE | | $10.00 |