UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E Kaplan LLC
12 N. Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609)259-1112
Attorney for Debtor

Order Filed on August 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  HENRY A. JACKSON,

              Debtor

| | |
|---|---|
| Case No.: | 16-17936-MBK |
| Chapter: | 11 |
| Hearing Date: | 8/21/2017 |
| Judge: | MBK |

## ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 21, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court on Motion of Scott E. Kaplan, LLC, attorney for Debtor, Henry A. Jackson, Scott E. Kaplan, Esq., appearing and the Court having considered the pleadings and proofs submitted;

It is

ORDERED as follows:

1. That Scott E Kaplan, Esquire, shall be permitted to withdraw as Counsel for the Debtor, effective immediately.

2. A copy of this Order shall be served on all parties who are affected by this action within seven (7) days of the date hereof.