**Law Offices of Scott E. Kaplan, LLC**
**12 N. Main Street, P. O. Box 157**
**Allentown, New Jersey 08501**
**(609) 259-1112**
**Attorney Pro Se for Scott E Kaplan, Administrative Creditor**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| HENRY A. JACKSON, | Case No. 16-17936-MBK |
| Debtor | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Scott E. Kaplan, Esquire of Law Offices of Scott E. Kaplan, LLC, counsel pro se for administrative creditor of the debtor, Scott E Kaplan, Esquire, in this case, hereby appears in the above-captioned proceeding pursuant to the provisions of Fed. R. Bankr. P. 9010(a) and requests, pursuant to the provisions of 11 U.S.C. §102(1) and §342 and Fed. R. Bankr. P. 2002 and 9007, that all notices given or required to be given, and all papers filed, served or required to be served in this case, be provided to and served upon the following attorneys at the address set forth below:

Law Offices of Scott E. Kaplan, LLC
12 N. Main Street, P. O. Box 157
Allentown, New Jersey 08501
(609) 259-1112(Phone)
(609)259-5600(Facsimile)
**Attention: Scott E. Kaplan, Esq.**
**Email: scott@sekaplanlaw.com**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the papers referred to in the rules hereinabove specified, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which affect or seek to affect in any way any rights or interests of the creditor body or any party in interest.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Fed. R. Bankr. P. 3017(a), Law Offices of Scott E. Kaplan, LLC, as counsel pro se, requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

        Law Offices of Scott E. Kaplan, LLC
        12 N. Main Street, P. O. Box 157
        Allentown, New Jersey 08501
        Attorney for Scott E Kaplan,
        Administrative Creditor

By: /s/Scott E. Kaplan_____
    Scott E. Kaplan, Esquire

Dated: September 1, 2017