UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of John C. Feggeler, LLC
Attorney ID: 037961986
177 Main Street, P.O. Box 157
Matawan, NJ 07747
732-583-6700
Attorney for Debtor

Order Filed on September 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

HENRY A. JACKSON

Case No.: 16-17936-MBK

Chapter: 11

Judge: Kaplan

# ORDER AUTHORIZING RETENTION OF

John C. Feggeler, Jr., Esq. as attorney for Debtor

The relief set forth on the following page is **ORDERED**.

**DATED: September 3, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>John C. Feggeler, Jr., Esq.</u>
as <u>attorney</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>Law Office of John C. Feggeler, LLC</u>
<u>177 Main Street, P.O. Box 157</u>
<u>Matawan, NJ 07747</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*