# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF NEW JERSEY_____

In re  HENRY A JACKSON _____

Case No:  16-17936  MBK
Reporting Period: JULY 31, 2017

## MONTHLY OPERATING REPORT
### File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

| In re  HENRY A JACKSON | Case No:   16-17936 MBK |
|---|---|
| Debtor | Reporting Period: JULY 31, 2017 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
|  | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | | | | | | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE  OF  ASSETS | | | | PLEASE SEE ATTACHED EXCEL WORKSHEET & CODED BANK STATEMENT | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS  (FROM  DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
|   TOTAL  RECEIPTS | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 3,841.22 |
|   LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ | - |
|   PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 3,841.22 |

| In re HENRY A JACKSON | | | | Case No: 16-17936 MBK | | | | |
| Debtor | | | | Reporting Period: JULY 31, 2017 | | | | |

**BANK RECONCILIATIONS**

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | **PLEASE SEE ATTACHED EXCEL WORKSHEET** | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |

FORM MOR-1b
(04/07)

In re  HENRY A JACKSON

Debtor

Case No:  16-17936  MBK

Reporting Period: JULY 31, 2017

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| In re  HENRY A JACKSON | | Case No:  16-17936  MBK |
|---|---|---|
| Debtor | | Reporting Period: JULY 31, 2017 |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable - Income | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Postpetition Debts** | $        - | $        - | $        - | $        - | $        - | $        - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

**Postpetition debts, including those related to mortgages and real estate taxes, will be
paid as provided in the Plan Projection previously filed with the court.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **HENRY A JACKSON**

Case No:  16-17936  MBK

Reporting Period: JULY 31, 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | - |
| + Amounts billed during the period | | - |
| - Amounts collected during the period | | - |
| Total Accounts Receivable at the end of the reporting period | $ | - |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $ | - |
| 31 - 60 days old | | - |
| 61 - 90 days old | | - |
| 91+ days old | | - |
| Total Accounts Receivable | | - |
| Amount considered uncollectible (Bad Debt) | | - |
| Accounts Receivable (net) | $ | - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | N/A | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

**CHAPTER 11 ESTATE/ FILING DATE/CASE NUMBER:**
**REPORTING PERIOD:**
**INDIVIDUAL DEBTOR CASH RECEIPTS AND DISBURSEMENTS**
**WORKSHEET FOR FORM MOR-1(INDV) (9/99)**
**RECONCILED BANK BALANCE (below)**

**HENRY A JACKSON**    **4/25/2016**    **CHAPTER 11**    16-17936 MBK
*JULY 1, 2017 -- JULY 31, 2017*

| | | | | | Since Inception Cumulative |
|---|---|---|---|---|---|
| | | \\\\\\\\\\\\\\\\\\\\\\Current Month\\\\\\\\\\\\\\\\\\\\\\ | | | |
| **WELLS FARGO / ACCOUNT NO: 5937669298 - Open Book Balance** | | | $ | 86.67 | |
| **CASH RECEIPTS AND DISBURSEMENTS** | | | | | |
| **_RECEIPTS:_** | | | | | |
| Rental Income - Property 382 | $ | 1,200.00 | | | $ 17,230.54 |
| Lease Income - Gas Pumps | $ | 1,252.69 | | | 23,141.18 |
| Lease Cell Phone Tower Income | $ | 855.54 | | | 11,371.55 |
| Other-refund of overpayment of medical insurance/ins. claims | | | | | 1,169.42 |
| Other-Sale of engine parts and towing | $ | 450.00 | | | 17,443.31 |
| **_Total Receipts_** | | | $ | 3,758.23 | 70,356.00 |
| | | | | | |
| **_DISBURSEMENTS (see bank statement for detail):_** | | | | | |
| Mortgage  Property 382 (a) | | | | | 14,467.33 |
| Mortgage 35 Tower Road (a) | $ | 3,722.73 | | | 28,900.43 |
| Real estate taxes/Fees | | | | | - |
| Home insurance | | | | | 3,567.30 |
| Cable, TV, Telephone - business/personal | | | | | 2,590.39 |
| Utilities | | | | | 2,841.87 |
| License/Fees | | | | | 145.30 |
| Car maintenance | | | | | 65.83 |
| Car insurance | | | | | 3,735.68 |
| Gas | | | | | 150.00 |
| Food / Entertainment / Housekeeping / Clothing / Laundry / personal | $ | 105.99 | | | 8,656.97 |
| Business, Unreimbursed Exp | | | | | 635.81 |
| Medical | | | | | 1,755.35 |
| Bank fees | $ | 12.50 | | | 394.00 |
| Non-Estate disbursements | | | | | 475.00 |
| **_Total disbursements_** | $ | 3,841.22 | | | $ 68,381.26 |
| **_REORGANIZATION COSTS:_** | | | | | |
| Professional fees | | | | | - |
| U.S. Trustee fees | | | | | 1,951.06 |
| Other reorganization expenses | | | | | 20.00 |
| **_Total reorganization expenses_** | | | $ | - | $ 1,971.06 |
| **_Total disbursements and reorganization costs_** | | | $ | 3,841.22 | $ 70,352.32 |
| | | | | | |
| **_Net cash flow - inflow (outflow)_** | | | $ | (82.99) | $ 3.68 |
| **_Cash book balance: JULY 31, 2017_** | | | $ | 3.68 | |
| | | | | | |
| **_BANK RECONCILIATION:_** | | | | | |
| **WELLS FARGO / ACCOUNT NO: 5937669298** | | | $ | 3.68 | |
| **_Bank Balance: JULY 31, 2017_** | | | $ | 3.68 | |

*Note:  Debtor filed a Plan and Disclosure Statement  on April 3, 2017.*
*An objection to the Plan was filed and the Debtor is in the process of*
*addressing this objection.*

**Note (a): Real Estate taxes on income property are paid as part of the mortgage payment.**

**Note (b):** **Arrearages, including those related to mortgages and real estate taxes, will be**
**paid as provided in the Plan Projection previously filed  with the court.**

Wells Fargo

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|------|-------------|------------------|--------------------|
| 07/24/17 | Check # 133 (Converted ACH) CITIMORTGAGE INC CHECK PYMT 170723 133 472389735414393 # 133 | | $3,722.73 |
| 07/19/17 | eDeposit in Branch/Store 07/19/17 12:33:31 PM 108 LACEY RD WHITING NJ 8887 | $3,158.23 | |
| 07/13/17 | eDeposit in Branch/Store 07/13/17 02:13:13 PM 108 LACEY RD WHITING NJ 8887 | $600.00 | |
| 06/26/17 | MONTHLY SERVICE FEE | | $10.00 |
| 06/26/17 | NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 |
| 06/26/17 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 06/25 CAESARS ATLANTIC CITY ATLANTIC CITY NJ 00587176338694173 ATM ID SCS2TY73 CARD 8887 | | $105.99 |
| 06/26/17 | NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 |

7/25/2017

# CHECKING
...9298

$3.68
Available balance

Activity Summary

| | |
|---|---|
| **Current posted balance** | $3.68 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** 7/31/17 | **$3.68** |

Monthly Service Fee Summary

# Activity

Use Search to view more transactions

| Date | Description | Deposits/Credits | Withdrawals |
|---|---|---|---|

**Pending Transactions**   *Note: Debit card transaction amounts may chang*

No pending transactions to view.

**Posted Transactions**

| Date | Description | | |
|---|---|---|---|
| 07/28/17 | NON-WELLS FARGO ATM TRANSACTION FEE | | 2.50 |
| 07/28/17 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 07/28 CAESARS ATLANTIC CITY ATLANTIC CITY NJ 00387209268149164 ATM ID SCS2TY39 CARD 8887 | | 105.99 |
| 07/27/17 | MONTHLY SERVICE FEE - | | 10.00 |