# *LAW FIRM OF BRIAN W. HOFMEISTER, LLC*

3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
Phone - (609) 890-1500
Fax - (609) 890-6961
bwh@hofmeisterfirm.com

January 2, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

     Re:    Henry Jackson
             Chapter 11, Case No. 16-17936-MBK

             Motion to Convert Case from a Chapter 11 to a Chapter 7 Case or, in the Alternative, Dismissing the Case
             Return Date: January 8, 2018 @ 11:00 a.m.

Dear Judge Kaplan:

Please be advised that this firm has been retained to represent EZ Auto Services, Inc. ("EZ Auto") in connection with the above referenced bankruptcy proceeding and make this limited objection to the United States Trustee's Motion to Convert Case from a Chapter 11 to a Chapter 7 Case or, in the Alternative, Dismissing the Case returnable January 8, 2018 @ 11:00 a.m. EZ Auto objects to the dismissal of the case unless the Dismissal Order provides that all prior Orders entered in the bankruptcy case shall remain valid and enforceable.

                                       Respectfully submitted,

                                       LAW FIRM OF BRIAN W. HOFMEISTER, LLC
                                       Counsel for EZ Auto Services, Inc.

                            By:    */s/Brian W. Hofmeister*
                                       Brian W. Hofmeister

BWH/aw