UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on January 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Henry A Jackson

Case No.: 16-17936

Hearing Date: 1/8/2018

Judge: Michael B. Kaplan

Chapter: 11

Recommended Local Form: ☑ Followed    ☐ Modified

# ORDER DENYING MOTION

TO COMPEL PAYMENT OF ADMINISTRATION CLAIM OR CONVERT TO CHAPTER 7 WITHOUT PREJUDICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 11, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on ___12/8_____, 20 _18_ by _Scott E. Kaplan_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*