Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

         Case No.: 16−17936−MBK
         Chapter: 11
         Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Henry A Jackson
 35 Tower Road
 Cream Ridge, NJ 08514

Social Security No.:
 xxx−xx−4457

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

 NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/12/18.

 Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 12, 2018
JAN: wir

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-17936-MBK
Henry A Jackson                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin                Page 1 of 2                  Date Rcvd: Jan 12, 2018
                                  Form ID: 148               Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db             +Henry A Jackson,    35 Tower Road,    Cream Ridge, NJ 08514-2428
aty            +William M. E. Powers, III,    Powers Kirn LLC,    728 Marne Highway,    Suite 200,
                 Moorestown, NJ 08057-3128
acc            +Anthony Nini,    Anthony D. Nini, CPA,    1075 Easton Avenue, Suite 178,
                 Somerset, NJ 08873-1648
intp           +EZ Auto Services, Inc.,    c/o Law Firm of Brian W. Hofmeister, LLC,    691 State Highway 33,
                 Trenton, NJ 08619-4407
cr             +Newark B.O.E. Employees Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
cr             +Scott E Kaplan, Esq,    12 N,. Main Street,    P.O. Box 157,    Allentown, NJ 08501-0157
516137480      +Bordentown Family Dental,    227 Farnsworth Ave,    Bordentown, NJ 08505-1807
516137481      +C & H Tire Service Center, Inc,    787 Route 537,    Cream Ridge, NJ 08514-2401
516253217       CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
516137482      +Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
516137483    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court:    Ditech Financial Llc,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516137484      +EZ Auto Service Inc,    PO Box 392,    Windsor, NJ 08561-0392
516137485       EZ Auto Servide Inc,    c/o Seth A. Kurs, Esq,    379 Princeton-Hightstown Rd.,
                 Princeton Windsor Office Park,    Cranbury, NJ 08512-2960
516692616      +Fulton Bank of NJ,    Eisenberg, Gold & Agrawal,    1040 N. Kings Hwy., Ste. 200,
                 Cherry Hill, NJ 08034-1925
516137487      +John Gallo,    16 Butler Blvd,    Bayville, NJ 08721-3002
516137488      +Lourdes Medical Group,    200 Trenton Road,    Browns Mills, NJ 08015-1705
516137489      +Main Street Wireless Inc,    18 Arney town-Hornerstown Rd,    Cream Ridge, NJ 08514-1805
516137491      +Newark Bd/ed Employees,    195 Norman Rd,    Newark, NJ 07106-3309
516137493      +Plumsted Township EMS Ambulance Service,    121 Evergreen Road,    New Egypt, NJ 08533-1207
516137494      +Powers Kern,    728 Marne Hwy, Suite 200,    Moorestown, NJ 08057-3128
516137495      +Ragan & Ragan, P.C.,    3100 Rt 138 West,    Brinley Plaza, Bldg 1,    Belmar, NJ 07719-9020
516137492     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:    NJ Division of Taxation,    Compliance and Enforcement - Bankruptcy,
                 50 Barrack St, 9th Floor,    PO Box 245,    Trenton, NJ 08695-0267)
516137497      +U.S. Bank, N.A,, Successor Trustee,    c/o Milstead & Assoc., LLC,    Attn: Nelson Diaz, Esq,
                 1 E. Stow Road,    Marlton, NJ 08053-3118
516165953      +Unifund CCR Partners,    c/o Ragan & Ragan, PC,    3100 route 138 West,    Wall, NJ 07719-9020
516137498      +Unifund CCR Partners, LLC,    10625 Techwood Cir,    Cincinnati, OH 45242-2846
516159049      +Wells Fargo Bank, NA,    Credit Management Group,    Attn: Sharilyn Kelley,
                 4101 Wiseman Blvd, T7419-018,    San Antonio, Tx 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: IRS.COM Jan 12 2018 22:38:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                 Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2018 22:43:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2018 22:43:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@fult.com Jan 12 2018 22:44:07      Fulton Bank of New Jersey,
                 533 Fellowship Road,    Suite 200,    Mt. Laurel, NJ 08054-3435
516345361       E-mail/Text: bankruptcy.bnc@ditech.com Jan 12 2018 22:43:32      Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
516686936      +E-mail/Text: bankruptcy@fult.com Jan 12 2018 22:44:07      Fulton Bank of New Jersey,
                 533 Fellowship Road, Suite 250,    Mount Laurel, NJ 08054-3411
516137490      +E-mail/Text: laura@redbanklaw.com Jan 12 2018 22:43:22      McKenna, DuPont, Higgins & Stone,
                 229 Broad Street, P.O. Box 610,    Red Bank, NJ 07701-0610
516137496      +E-mail/Text: jennifer.chacon@spservicing.com Jan 12 2018 22:44:06
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
516346520       E-mail/Text: jennifer.chacon@spservicing.com Jan 12 2018 22:44:06
                 U.S. Bank, N.A., successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
516137499      +EDI: WFFC.COM Jan 12 2018 22:38:00      Wells Fargo Bank, N.A.,    Bankruptcy Department,
                 3476 Stateview Blvd,    Fort Mill, SC 29715-7203
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD  57709-6154
516137486*      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
516155807*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516350317*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jan 12, 2018
                              Form ID: 148             Total Noticed: 36

intp           ##+Sikander Ranu,    c/o Law Firm of Brian W. Hofmeister, LLC,    691 State Highway 33,
                 Trenton, NJ 08619-4407
                                                                                    TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Brian W. Hofmeister    on behalf of Interested Party    EZ Auto Services, Inc.
               bwh@hofmeisterfirm.com
              Brian W. Hofmeister    on behalf of Interested Party Sikander  Ranu bwh@hofmeisterfirm.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com
              Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov,   jeffrey.m.sponder@usdoj.gov
              John C. Feggeler    on behalf of Debtor Henry A Jackson feggelerlaw@verizon.net
              Michael R. DuPont    on behalf of Creditor    Newark B.O.E. Employees Credit Union
               dupont@redbanklaw.com,   dana@redbanklaw.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC dnj@pbslaw.org
              Scott E. Kaplan    on behalf of Creditor Scott E Kaplan, Esq scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association as Trustee for CMALT
               REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association as Trustee for
               CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                              TOTAL: 16
```