UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.mn.sponder@usdoj.gov

**Order Filed on January 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 16-17936 (MBK) |
| Henry A. Jackson, | Chapter 11 |
| Debtor. | Hearing Date: January 8, 2018 @ 11am |
| | Judge: Michael B. Kaplan |

### ORDER DISMISSING CHAPTER 11 CASE AND IMPOSING ONE YEAR BAR ON FILING

The relief set forth on the following page(s), numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 12, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Henry A. Jackson

Chapter 11 Case No.: 16-17936 (MBK)

**Order Dismissing Chapter 11 Case and Imposing One Year Bar on Filing**

_____

Upon consideration of the Motion of the United States Trustee by and through counsel, for an Order Converting or Dismissing the Chapter 11 case, pursuant to 11 U.S.C. § 1112(b), as well as the Motion to Dismiss filed by Henry A. Jackson (the "Debtor"), and notice of the Motions having been given to all parties in interest, and for the reasons set forth on the record of the hearing conducted on January 8, 2018, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

**ORDERED** that the above-captioned case, Henry A. Jackson, Case No. 16-17936 (MBK), be and hereby is **DISMISSED;** and it is further

**ORDERED** that the Debtor is barred from filing another bankruptcy petition within this District, under any chapter of title 11, for *one year* from the date of this Order; and it is further

**ORDERED** that notwithstanding Section 349 of the Bankruptcy Code, prior Orders of the Court shall survive the dismissal of this case and remain valid and in full force and effect; and it is further

**ORDERED** that within 20 days following the entry of this Order, the Debtor shall file any and all outstanding monthly operating reports on the electronic docket including but not limited to October 2017, November 2017 and December 2017, provide disbursement information to the Office of the United States Trustee for the month of January 2018, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. § 1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that should the Debtor fail to file all outstanding reports, provide disbursement information or pay statutory fees within the timeframe set forth above, the case

**(Page 3)**

Henry A. Jackson

Chapter 11 Case No.: 16-17936 (MBK)

**Order Dismissing Chapter 11 Case and Imposing One Year Bar on Filing**

_____

will be reopened and converted to chapter 7 *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on five (5) days' notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case.  The Debtor consents to the reopening of this case and conversion to chapter 7 pursuant to the procedures set forth herein.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-17936-MBK
Henry A Jackson                                                           Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jan 12, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db             +Henry A Jackson,    35 Tower Road,    Cream Ridge, NJ 08514-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
      Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
      Brian W. Hofmeister    on behalf of Interested Party    EZ Auto Services, Inc. bwh@hofmeisterfirm.com
      Brian W. Hofmeister    on behalf of Interested Party Sikander  Ranu bwh@hofmeisterfirm.com
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com
      Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
      Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov
      John C. Feggeler    on behalf of Debtor Henry A Jackson feggelerlaw@verizon.net
      Michael R. DuPont    on behalf of Creditor    Newark B.O.E. Employees Credit Union dupont@redbanklaw.com,   dana@redbanklaw.com
      Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC dnj@pbslaw.org
      Scott E. Kaplan    on behalf of Creditor Scott E Kaplan, Esq scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor    U.S. Bank National Association as Trustee for CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association as Trustee for CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
                                                                                                      TOTAL: 16