Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 16−17936−MBK
    Chapter: 11
    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Henry A Jackson
    35 Tower Road
    Cream Ridge, NJ 08514

Social Security No.:
    xxx−xx−4457

Employer's Tax I.D. No.:

### Notice That a Transcript Has Been Filed

    You are Noticed that a Transcript has been filed on 4/10/18. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: April 12, 2018
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-17936-MBK
Henry A Jackson                                                           Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Apr 12, 2018
                               Form ID: tsntc           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
db          +Henry A Jackson,    35 Tower Road,    Cream Ridge, NJ 08514-2428
aty         +William M. E. Powers, III,    Powers Kirn LLC,   728 Marne Highway,   Suite 200,
              Moorestown, NJ 08057-3128
acc         +Anthony Nini,   Anthony D. Nini, CPA,    1075 Easton Avenue, Suite 178,
              Somerset, NJ 08873-1648
intp        +EZ Auto Services, Inc.,    c/o Law Firm of Brian W. Hofmeister, LLC,   691 State Highway 33,
              Trenton, NJ 08619-4407
cr          +Newark B.O.E. Employees Credit Union,    McKenna, DuPont, Higgins & Stone,   PO Box 610,
              229 Broad Street,   Red Bank, NJ 07701-2009
cr          +Scott E Kaplan, Esq,    12 N,. Main Street,   P.O. Box 157,   Allentown, NJ 08501-0157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 23:40:31      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 23:40:28      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2018 23:40:16      Ditech Financial LLC,
              P.O. Box 6154,   Rapid City, SD  57709-6154
cr          +E-mail/Text: bankruptcy@fult.com Apr 12 2018 23:41:46      Fulton Bank of New Jersey,
              533 Fellowship Road,   Suite 200,   Mt. Laurel, NJ 08054-3435
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        ##+Sikander Ranu,    c/o Law Firm of Brian W. Hofmeister, LLC,   691 State Highway 33,
              Trenton, NJ 08619-4407
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
           U.S. Bank, N.A., successor trustee bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
          Brian W. Hofmeister    on behalf of Interested Party    EZ Auto Services, Inc.
           bwh@hofmeisterfirm.com
          Brian W. Hofmeister    on behalf of Interested Party Sikander   Ranu bwh@hofmeisterfirm.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com,
           ksantiago@egalawfirm.com
          Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
           heather.anderson@law.dol.lps.state.nj.us
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
           jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov
          John C. Feggeler    on behalf of Debtor Henry A Jackson feggelerlaw@verizon.net
          Michael R. DuPont    on behalf of Creditor    Newark B.O.E. Employees Credit Union
           dupont@redbanklaw.com,    dana@redbanklaw.com

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Apr 12, 2018
                              Form ID: tsntc           Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC dnj@pbslaw.org
          Scott E. Kaplan    on behalf of Creditor Scott E Kaplan, Esq scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    U.S. Bank National Association as Trustee for CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association as Trustee for CMALT REMIC Series 2006-A5-REMIC Pass-Through Certificates Series 2006-A5 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          TOTAL: 16